RECEIVED
IN LAKE CHARLES, LA

SEP 29 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TIMOTHY HATTEN<br>DOC # 27993-004 | CIVIL ACTION NO. 10-753 |
| VS. | SECTION P<br>JUDGE MINALDI |
| J.P. YOUNG | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that petitioner's Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITH PREJUDICE for failing to state a claim for which relief might be granted.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 27 day of Sept, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE